NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL E. DUZENSKI,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2024-1927

---

Petition for review of the Merit Systems Protection Board in No. CH-0752-22-0043-I-1.

---

## ON MOTION

---

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1) The stay is lifted, and the appeal is voluntarily dismissed.

2                                                        DUZENSKI v. MSPB

    (2)  The parties shall bear their own costs.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

August 28, 2024
      Date

ISSUED AS A MANDATE:  August 28, 2024